UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MANINDER SANDHU (A-Number: 245- 587-669),

        Petitioner,

    v.

CHRISTOPHER CHESTNUT,

        Respondent.

Case No.  1:26-cv-2091-DJC-JDP

ORDER

Petitioner, an immigration detainee, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 28, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Respondent has filed objections, and they have been considered by the undersigned.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed April 28, 2026 are adopted in full.

2.  The petition for writ of habeas corpus, ECF No. 1, is GRANTED.

3.  Petitioner (A-Number: 245-587-669) shall be provided a bond hearing within 14 days of the date of the Court's order.  At this hearing, the government shall bear the burden of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a risk of flight, and petitioner shall be allowed to have counsel present.  If Petitioner is not provided a bond hearing in this time, Respondents are ordered to immediately release Petitioner from their custody.

4.  Respondent is ordered to file a status report, within five days of the bond hearing, confirming that the hearing occurred.

5.  The Clerk of Court is ordered to enter judgment accordingly and close this case.

IT IS SO ORDERED.

Dated:  __**May 14, 2026**__

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2